## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **DEREK BOWEN,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **Case No. 1:24-CV-00240-RP** |
| **JANUS HENDERSON ADVISERS US** | § | |
| **LLC d/b/a JANUS HENDERSON** | § | |
| **INVESTORS, et al.,** | § | |
| *Defendants* | § | |

## O R D E R

Defendants Janus Henderson Advisers US LLC, d/b/a Janus Henderson Investors, Janus Henderson Investors US LLC, Janus Henderson Distributors US LLC, Janus Management Holdings Corp., and Janus Henderson Group PLC filed their Answer on May 29, 2024. Dkt. 11. Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint agreed proposed scheduling order using Judge Robert Pitman's form on or before **August 23, 2024**.

**SIGNED** on August 6, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1